JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Respondent, *v.* SUPREME ENFORCEMENT CORPORATION, Appellant.

Argued June 7, 1937; decided July 13, 1937.

*John E. Leddy* and *I. Maurice Wormser* for appellant.

*John J. Bennett, Jr., Attorney-General (Colin McLennan* and *John F. X. McGohey* of counsel), for respondent.

*A. Lincoln Lavine, Edwin M. Otterbourg, Abraham Benedict* and *Frederic P. Houston* for New York County Lawyers Association, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.